# United States District Court
for the
## Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

State of New York; and Eric Gonzalez, in
his official capacity as the District Attorney
of Kings County (Brooklyn),

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-8876 |

United States Immigration and Customs Enforcement;
Matthew T. Albence, in his official capacity as Acting Director
of United States Immigration and Customs Enforcement;
United States Department of Homeland Security; and Kevin
K. McAleenan, in his official capacity as Acting Secretary of
Homeland Security,

Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

John Doe; The Door; Make the Road New
York; New York Immigration Coalition;
Sanctuary for Families; Urban Justice
Center,

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-8892 |

U.S. Immigration and Customs Enforcement; U.S. Department of Homeland
Security; Donald J. Trump, in his official capacity as President of the United
States; Kevin McAleenan, in his official capacity as Acting Secretary of
Homeland Security; Matthew T. Albence, in his official capacity as U.S.
Immigration and Customs Enforcement Deputy Director and Senior Official
Performing the Duties of the Director; Susan Quintana, in her official capacity
as U.S. Immigration and Customs Enforcement New York Field Office Director

Defendant

Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open            (If so, set forth procedural status and summarize any court rulings.)

The complaint in 19-cv-8892 was filed in the S.D.N.Y. on September 25, 2019. The case is open. A sealing order was signed by the court on September 25, 2019. See Doc. No. 3, 19-cv-8892.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This case (State of New York v. ICE, 19-cv-8876) and the earlier-filed case (Doe v. ICE, 19-cv-8892) challenge the same underlying conduct: the policy by U.S. Immigration and Customs Enforcement to conduct civil immigration arrests of individuals coming to, attending, and leaving court proceedings in New York State courts. Both actions allege that ICE's courthouse civil arrest policy is inconsistent with the New York common-law privilege against civil arrest afforded to participants in court proceedings, and both actions seek to vacate, set aside, and permanently enjoin ICE's courthouse civil arrest policy pursuant to the Administrative Procedure Act and the United States Constitution.

Signature: _____          Date: 9/25/2019 _____
Office of the New York State Attorney General

Firm: _____