```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STATE OF NEW YORK, ET AL.           :
                                    :
        Plaintiffs,                 :
                                    :        19-cv-8876(JSR)
        -v-                         :
                                    :        ORDER
U.S. IMMIGRATION AND CUSTOMS        :
ENFORCEMENT, ET AL.                 :
                                    :
        Defendants.                 :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/20

JED S. RAKOFF, U.S.D.J.

Without the permission of the Court, non-party Towaki Komatsu has submitted not one but two ex parte letters asking the Court to reconsider its December 17 order denying his motion to intervene in the above-captioned case. Finding the arguments in his latest submissions without merit, his motion for reconsideration is denied. Komatsu is directed to refrain from further unauthorized communications with the Court.

SO ORDERED.

Dated:   New York, NY
         December 29, 2019

                                        JED S. RAKOFF, U.S.D.J.

1