**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, et al.,

                Plaintiffs,

        v.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT,
et al.,

                Defendants.

19 Civ. 8876 (JSR)

**DECLARATION OF MATTHEW COLANGELO**

Matthew Colangelo, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney in the Office of the New York State Attorney General and counsel to Plaintiffs in this action.  I submit this Declaration in support of Plaintiffs' motion for summary judgment.

Attached to this Declaration are true and correct copies of the following numbered exhibits,[1] including parts of the administrative record produced by Defendants in this action:

1. Declaration of Hamra Ahmad, Director of Legal Services, Her Justice (Mar. 9, 2020).

2. Declaration of Gee Won Cha, Assistant District Attorney, Queens County District Attorney's Office (Mar. 6, 2020).

3. Declaration of Evangeline M. Chan, Director of the Immigration Law Project, Safe Horizon (Mar. 9, 2020).

---

[1] Exhibits marked with an asterisk were designated "Protected" by Defendants under the Court's Protective Order entered February 3, 2020 (ECF No. 68).  Pursuant to the Court's instruction following the parties' conference with Chambers on March 12, 2020, documents marked "Protected" will be provided in hard copy to the Court and will be filed in redacted form on the public docket of this action after Defendants produce redacted versions.

4.      Declaration of George DeLuca-Farrugia, Assistant District Attorney & Director of Extraditions, Renditions and Property Release Services, Queens County District Attorney's Office (Mar. 11, 2020).

5.      Declaration of Xhulia Derhemi, Assistant District Attorney, Queens County District Attorney's Office (Mar. 5, 2020).

6.      Declaration of Joshua Epstein, Supervising Immigration Attorney, Queens Defenders (Mar. 9, 2020).

7.      Declaration of Scott Foletta, Supervising Attorney, Immigration Defense Practice, Neighborhood Defender Service of Harlem (Mar. 9, 2020).

8.      Declaration of Christina Gaudio, Immigration Unit Supervisor, Legal Aid Society of Suffolk (Mar. 9, 2020).

9.      Declaration of Nyasa Hickey, Director of Immigration Initiatives, Brooklyn Defender Services (Mar. 9, 2020).

10.     Declaration of Meagan Hu, Immigration Attorney, New York County Defender Services (Mar. 9, 2020).

11.     Declaration of Anuradha Joshi, Interim Vice President of Policy, New York Immigration Coalition (Mar. 6, 2020).

12.     Declaration of Judy Harris Kluger, Executive Director, Sanctuary for Families (Mar. 7, 2020).

13.     Declaration of Dorchen Leidholdt, Director of the Center for Battered Women's Legal Services, Sanctuary for Families (Mar. 9, 2020).

14.     Declaration of James Milstein, Managing Attorney for the Immigration Unit, Prisoners' Legal Services of New York (Mar. 9, 2020).

15.     Declaration of Atossa Movahedi, Director of Legal Services for the Domestic Violence Project, Urban Justice Center (Mar. 6, 2020).

16.     Declaration of Sarah Deri Oshiro, Managing Director of the Immigration Practice, The Bronx Defenders (Mar. 6, 2020).

17.     Declaration of Theo Oshiro, Co-Deputy Director, Make the Road New York (Mar. 6, 2020).

18.     Declaration of Andrea Panjwani, Chief Legal Officer, Center for Safety & Change (Mar. 9, 2020).

19.     Declaration of Amy Taylor, Co-Legal Director, Make the Road New York (Mar. 6, 2020).

20.     Declaration of Carlos Vargas, Accredited Representative, Make the Road New York (Mar. 6, 2020).

21.     Declaration of Kaavya Viswanathan, Managing Director, Legal Services Center, The Door (Mar. 6, 2020).

22.     Declaration of Myongjae Matthew Yi, Assistant District Attorney & Section Chief of the Office of Immigrant Affairs, Queens County District Attorney's Office (Mar. 10, 2020).

23.     Declaration of Joy Ziegeweid, Supervising Immigration Attorney, Domestic Violence Project, Urban Justice Center (Mar. 6, 2020).

24.     Declaration of Lieutenant Frank Zaloga, Department of Public Safety, New York State Unified Court System (Mar. 10, 2020).

25.     Expert Report of Dr. Matthew A. Barreto, Ph.D. (Jan. 24, 2020).

26.     Expert Rebuttal Report of Dr. Matthew A. Barreto, Ph.D. (Feb. 27, 2020).

27.     Statistical Review of "Expert report of Matthew A. Barreto, Ph.D.," prepared by Alan J. Salzberg, Ph.D. (Feb. 20, 2020).

28.     ICE 30(b)(6) Day 1 deposition transcript (Feb. 21, 2020) (excerpts).

29.     ICE 30(b)(6) Day 2 deposition transcript (Feb. 28, 2020) (excerpts).

30.     ICE 30(b)(6) Day 3 deposition transcript (Mar. 4, 2020) (excerpts).

31.     ICE 30(b)(6) Day 4 deposition transcript (Mar. 9, 2020) (excerpts).

32.     Brooklyn District Attorney's Office 30(b)(6) deposition transcript (Michelle Kaminsky) (excerpts).

33.     Dr. Matthew A. Barreto deposition transcript (excerpts).

34.     Thomas Brophy deposition transcript (excerpts).

35.     Thomas Decker deposition transcript (excerpts).

36.     Robert Judge deposition transcript (excerpts).

37.     John McConnell deposition transcript (excerpts).

38.     Michael McGinnity deposition transcript (excerpts).

39.     David Rodriguez deposition transcript (excerpts).

40.     Dr. Alan Salzberg deposition transcript (excerpts).

41.     Darren Williams deposition transcript (excerpts).

42.     Declaration of Megan Thorsfeldt, Deputy Director of Research & Analytics, Office of the New York State Attorney General (Mar. 12, 2020).

43.     Brooklyn District Attorney's Office 30(b)(6) deposition transcript (Maritza Ming) (excerpts).

44.     New York State Unified Court System, 2018 Annual Report (NY_00002769).

45.     Center for Court Innovation, *Principles of Problem-Solving Justice* (2007) (NY_00002983).

46.     Memorandum from Philip T. Miller, *Enforcement Actions at or Near Courthouses* (Mar. 19, 2014) (DHS 0044).

47.     Defendants' Responses and Objections to Plaintiffs' Requests for Admission to Defendants (Feb. 27, 2020).

48.     ICE Policy Number 10072.1, *Civil Immigration Enforcement: Priorities for the Apprehension, Detention, and Removal of Aliens* (Mar. 2, 2011) (DHS 0047).

49.     Memorandum from Sec'y Jeh Charles Johnson, *Policies for the Apprehension, Detention and Removal of Undocumented Immigrants* (Nov. 20, 2014) (NY_00006741).

50.     Memorandum from Philip T. Miller, *Guidance Update: Enforcement Actions at or Near Courthouses* at AR-171 (Jan. 26, 2015) (AR-171).

51.     Exec. Order No. 13,768, *Enhancing Public Safety in the Interior of the United States*, 82 Fed. Reg. 8799 (Jan. 30, 2017) (AR-71).

52.     Memorandum from Sec'y John Kelly, *Enforcement of the Immigration Laws to Serve the National Interest* (Feb. 20, 2017) (AR-91).

53.     Directive No. 11072.1, *Civil Immigration Enforcement Actions Inside Courthouses* (Jan. 10, 2018) (DHS 0032).

54.     U.S. Immigration & Customs Enforcement, *FAQ on Sensitive Locations and Courthouse Arrests* (DHS 0021).

55.     Office of the Chief Admin. Judge, N.Y. State Unified Court Sys., *Policy and Protocol Governing Activities in Courthouses by Law Enforcement Agencies* (Apr. 26, 2017) (DHS 0045).

56.     Office of the Chief Admin. Judge, N.Y. State Unified Court Sys., *Protocol Governing Activities in Courthouses by Law Enforcement Agencies* (Apr. 17, 2019) (DHS 0046).

57.     Unusual Occurrence Reports prepared by the State of New York Unified Court System, Part 1 of 3 (NY_00000001 to NY_00000101).

4

58.    Unusual Occurrence Reports prepared by the State of New York Unified Court System, Part 2 of 3 (NY_00000102 to NY_00000208).

59.    Unusual Occurrence Reports prepared by the State of New York Unified Court System, Part 3 of 3 (NY_00000209 to NY_00000254; NY_00006369 to NY_00006393; NY_00006587 to NY_00006590; NY_00006747 to NY_00006758).

60.    Email from Meagan Hu, Immigration Attorney, N.Y. County Defender Servs., to Stephanie Conners, Senior Trial Attorney, N.Y. County Defender Servs. (Mar. 24, 2017) (NY_00004318).

61.    ICE Field Operations Worksheet (ICE-0003659).*

62.    ICE Form I-213 (ICE-0004618).*

63.    ICE Form I-213 (ICE-0002641).*

64.    Joint Legislative Hearing before the New York State Senate Finance and Assembly Ways & Means Committees, *In the Matter of the 2018-2019 Executive Budget on Public Protection* (Jan. 30, 2018) (excerpted testimony of Hon. Lawrence K. Marks, Chief Administrative Judge, N.Y. State Office of Court Admin.) (NY_00004693).

65.    ICE Field Operations Worksheet & Form I-213 (ICE-0000045).*

66.    ICE Field Operations Worksheet & Form I-213 (ICE-0000061).*

67.    ICE Field Operations Worksheet & Form I-213 (ICE-0000067).*

68.    ICE Field Operations Worksheet & Form I-213 (ICE-0000158).*

69.    ICE Field Operations Worksheet & Form I-213 (ICE-0000173).*

70.    ICE Field Operations Worksheet & Form I-213 (ICE-0000264).*

71.    ICE Field Operations Worksheet & Form I-213 (ICE-0000278).*

72.    ICE Field Operations Worksheet & Form I-213 (ICE-0000286).*

73.    ICE Field Operations Worksheet & Form I-213 (ICE-0000301).*

74.    ICE Field Operations Worksheet & Form I-213 (ICE-0000320).*

75.    ICE Field Operations Worksheet & e-mail (ICE-0000943).*

76.    ICE Field Operations Worksheet (ICE-0003904).*

77.    ICE Field Operations Worksheet & Form I-213 (ICE-0002280).*

78.    ICE Form I-213 (ICE-00002357).*

79.   ICE Field Operations Worksheet & Form I-213 (ICE-0002364).*

80.   ICE Field Operations Worksheet (ICE-0002455).*

81.   ICE Form I-213 (ICE-0002740).*

82.   ICE Form I-213 (ICE-0003006).*

83.   ICE Form I-213 (ICE-0003008).*

84.   ICE Form I-213 (ICE-0003014).*

85.   ICE Form I-213 (ICE-0003020).*

86.   ICE Form I-213 (ICE-0003220).*

87.   ICE Field Operations Worksheet (ICE-0004288).*

88.   ICE Form I-213 (ICE-0004387).*

89.   ICE Form I-213 (ICE-0004589).*

90.   ICE Form I-213 (ICE-0004602).*

91.   Immigrant Defense Project, *Safeguarding the Integrity of Our Courts: The Impact of ICE Courthouse Operations in New York State* (Apr. 2019) (NY_00002865).

92.   Immigrant Defense Project, *The Courthouse Trap: How ICE Operations Impacted New York's Courts in 2018* (Jan. 2019) (NY_00002957).

93.   Erin Durkin, *City DAs plead with ICE to stop arresting immigrants at NYC courthouses: "It jeopardizes public safety,"* N.Y. Daily News, Feb. 14, 2018 (NY_00002972).

94.   Beth Fertig, *Outcry After Immigration Agents Seen at Queens Human Trafficking Court*, WNYC News, June 16, 2017 (NY_00003029).

95.   Liz Robbins, *A Game of Cat and Mouse with High Stakes: Deportation*, N.Y. Times, Aug. 3, 2017 (NY_00003034).

96.   Press Release, *Elected Officials, Advocates, & Public Defenders Gather to Introduce Groundbreaking New Bill to Protect Immigrants from Unlawful ICE Arrests at Courthouses*, Bronx Borough President Ruben Diaz, Jr. (June 5, 2018) (NY_00003043).

97.   Press Release, *Hoylman, Solages Intro ICE Out of Courts Bill with Support From DAs, Defenders, and Community Advocates*, N.Y. State Senator Brad Hoylman (Jan. 31, 2019) (NY_00003057).

98.   ICE Out of Courts Coalition, *Protect Our Courts Act: Prosecutor Statements* (NY_00003067).

99.     Letter from William P. Barr, Attorney Gen., U.S. Dep't of Justice, & Chad F. Wolf, Acting Sec'y, U.S. Dep't Homeland of Sec., to Martha L. Walters, Chief Justice, State of Oregon, & Mary E. Fairhurst, Chief Justice, State of Washington (Nov. 21, 2019) (NY_00003124).

100.    Brooklyn District Attorney's Office, *Immigrant Affairs Unit*, www.brooklynda.org/immigrant-affairs-unit (NY_00003644).

101.    Letter from Former State and Federal Judges to Ronald D. Vitiello, Acting Director, U.S. Immigration and Customs Enf't (Dec. 12, 2018) (NY_00003652).

102.    Email from Yvette L. Creightney, Assistant District Attorney, Brooklyn District Attorney's Office, to Michelle Kaminsky, Domestic Violence Bureau Chief, Brooklyn District Attorney's Office (May 9, 2019) (NY_00003704).

103.    Indictment, *People of the State of New York v. Rodriguez,* No. 07472-2018 (NY_00003849).

104.    Email from Angelina Ibragimov, Assistant District Attorney, Brooklyn District Attorney's Office, to Michelle Kaminsky, Domestic Violence Bureau Chief, Brooklyn District Attorney's Office (May 8, 2019) (NY_00003990).

105.    Email to Yvette L. Creightney, Assistant District Attorney, Brooklyn District Attorney's Office (Sept. 23, 2019) (NY_00004018).

106.    The Fund for Modern Courts, *Protecting the Administration of Justice in New York State: Impact of ICE Arrests on New Yorkers' Access to State Courthouses* (Dec. 5, 2017) (NY_00004669).

107.    ABA House of Delegates, Resolution 10C (Aug. 14-15, 2017) (NY_00005498).

108.    Ian Kullgren, *Barr, Wolf Criticize State Supreme Courts for Anti-Arrest Policies*, Politico, Nov. 22, 2019 (NY_00005515).

109.    Wendy Liberatore, *ICE Field Director Defends Stepped-Up Enforcement*, The Times Union, Dec. 27, 2017 (NY_00005674).

110.    N.Y. State Bar Ass'n House of Delegates, Resolution (Jan. 28, 2018) (NY_00005729).

111.    PBS NewsHour, *Interview with Thomas Homan, Acting Director, U.S. Immigration and Customs Enforcement*, May 31, 2018 (NY_00005739).

112.    Eric Gonzalez & Judy Harris Kluger, *How ICE harms the justice system: The feds' aggressive tactics in our courthouses are emboldening violent criminals*, N.Y. Daily News, Aug. 2, 2018 (NY_00005847).

113.    Jonas Bronck, *Seeking to Halt ICE Arrests in Courthouses*, The Bronx Daily, Sept. 25, 2019 (NY_00005923).

114.    Letter from Catherine Lhamon, Chair, U.S. Comm'n on Civil Rights, et al., to Thomas D. Homan, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enf't (Mar. 16, 2018) (NY_00006031).

115.    Olga R. Rodriguez & Juliet Williams, *ICE rejects California law, arrests people at courthouses*, Associated Press, Feb. 20, 2020 (NY_00006034).

116.    Letter from Chris Gordon Owen to Janet DiFiore, Chief Judge, State of New York (Dec. 11, 2017) (NY_00006036).

117.    Letter from Brian E. Frosh, Attorney Gen., State of Maryland, to John Kelly, Sec'y, U.S. Dep't of Homeland Sec., et al. (Mar. 2, 2017) (NY_00006317).

118.    Letter from Tani G. Cantil-Sakauye, Chief Justice of California, to Jeff Sessions, Attorney Gen., U.S. Dep't of Justice, et al. (Mar. 16, 2017) (NY_00006320).

119.    Letter from Mary E. Fairhurst, Chief Justice, State of Washington, to John F. Kelly, Sec'y, U.S. Dep't of Homeland Sec. (Mar. 22, 2017) (NY_00006322).

120.    Letter from California City Attorneys to Jeff Sessions, Attorney Gen., U.S. Dep't of Justice, et al. (Apr. 4, 2017) (NY_00006327).

121.    Letter from officials for the City and County of Denver and Denver Public Schools to Jeffrey D. Lynch, Acting Field Office Director, U.S. Immigration & Customs Enf't (Apr. 6, 2017) (NY_00006329).

122.    Letter from Thomas A. Balmer, Chief Justice, State of Oregon, to Jeff Sessions, Attorney Gen., U.S. Dep't of Justice, et al. (Apr. 6, 2017) (NY_00006332).

123.    Letter from Janet T. Mills, Attorney Gen., State of Maine, to Richard W. Murphy, Acting U.S. Attorney for the State of Maine, et al. (Apr. 10, 2017) (NY_00006337).

124.    Letter from Stuart Rabner, Chief Justice, State of New Jersey, to John F. Kelly, Sec'y, U.S. Dep't of Homeland Sec. (Apr. 19, 2017) (NY_00006338).

125.    Letter from Chase T. Rogers, Chief Justice, State of Connecticut, to Jefferson B. Sessions III, Attorney Gen., U.S. Dep't of Justice, et al. (May 15, 2017) (NY_00006346).

126.    Letter from Michigan Legal Organizations and Attorneys to Jefferson B. Sessions, Attorney Gen., U.S. Dep't of Justice (June 1, 2017) (NY_00006347).

127.    *Dep't of Homeland Sec. Appropriations for 2018: Hearing on Immigration and Customs Enf't and Customs and Border Protection Fiscal Year 2018 Budget Request Before the Subcomm. on Homeland Sec. of the H. Comm. on Appropriations*, 115th Cong. (June 13, 2017) (NY_00006591).

128.    Letter from Matthew McFeely to Janet DiFiore, Chief Judge, State of New York (Feb. 2018) (OCA000050).

8

129.    ICE Policy No. 10029.2, *Enforcement Actions at or Focused on Sensitive Locations* (Oct. 24, 2011) (NY_00003129).

130.    N.Y. City Bar Ass'n, *Recommendations Regarding Federal Immigration Enforcement in New York State Courthouses* (July 2018) (NY_00004544).

131.    Spreadsheet of FY19 Newburgh At-Large Arrests (ICE-0003392).*

132.    Spreadsheet of FY20 Newburgh At-Large Arrests (ICE-0003394).*

133.    Letter from Thomas D. Homan, Acting Director, U.S. Immigration & Customs Enf't, to Mary Campbell McQueen, President, Nat'l Ctr. for State Courts (June 5, 2017) (AR-188).

134.    Christina Carrego, *Defense attorneys protest outside Brooklyn courthouse after ICE cuffs one lawyer's client*, N.Y. Daily News, Nov. 28, 2017 (AR-136).

135.    Noah Manskar, *Latest ICE Arrest in Brooklyn Courthouse Protested by NYC Lawyers*, Patch.com, Nov. 28, 2017 (AR-146).

136.    ICE Policy No. 10076.1, *Prosecutorial Discretion: Certain Victims, Witnesses, and Plaintiffs* (AR 110).

137.    The White House, Press Briefing by Press Secretary Sean Spicer (Feb. 21, 2017) (NY_00003141).

138.    Devlin Barrett, *DHS: Immigration Agents May Arrest Crime Victims, Witnesses at Courthouses*, Wash. Post, Apr. 4, 2017 (NY_00002837).

139.    Email from David J. Satnarine, Special Counsel, Kings County (Brooklyn) District Attorney's Office, to Khalilah Taylor, U.S. Immigration & Customs Enf't (Apr. 5, 2019) (NY_00004086).

140.    Email from Willie Andino, U.S. Immigration & Customs Enf't, to Melissa Palmaccio, Paralegal Supervisor, Kings County District Attorney's Office (July 17, 2017) (NY_00004056).

141.    Email from ICE Deportation Officer to Sr. Legal Assistant, Putnam County District Attorney's Office (May 14, 2019) (NY_00002462).

142.    Email from ICE Deportation Officer to Legal Secretary, Westchester County District Attorney's Office (July 18, 2019) (NY_00002533).

143.    Email from ICE Deportation Officer to Sr. Legal Assistant, Putnam County District Attorney's Office (Apr. 16, 2019) (NY_00002698).

144.    Emails between Assistant District Attorney, Westchester County District Attorney's Office, and multiple ICE employees (Apr. 26 to May 24, 2019) (NY_00002412).

Dated: March 13, 2020                    */s/ Matthew Colangelo*
                                         Matthew Colangelo
                                         Office of the New York State Attorney General
                                         28 Liberty Street
                                         New York, NY 10005
                                         Phone: (212) 416-6057
                                         matthew.colangelo@ag.ny.gov

                                         Attorney for the Plaintiffs