# Exhibit 24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK and ERIC GONZALEZ, *in his official capacity as the District Attorney of Kings County (Brooklyn)*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW T. ALBENCE, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and KEVIN K. MCALEENAN, *in his official capacity as Acting Secretary of Homeland Security*,<br><br>Defendants. | CIVIL ACTION NO. 19-cv-08876-JSR<br><br>DECLARATION OF FRANK ZALOGA |

1.    I, FRANK ZALOGA, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

2.    I am a Lieutenant in the Department of Public Safety of the New York State Unified Court System.  I am authorized to make this certification.

3.    The Unusual Occurrence Reports submitted herewith are correct copies of official public records and were made by the personnel or staff of the Department of Public Safety of the New York State Unified Court System, or persons acting under their control, in the regular course of business, at the time of the act, transaction, occurrence or event recorded therein, and it was the regular course of the Department of Public Safety to make such records.

4.    For 2017, the following Unusual Occurrence Reports, identified by Report #:

    a.  72887

    b.  73395

    c.  73526

    d.  73705

    e.  73622

    f.  73655

    g.  73807

    h.  74070

    i.  74036

    j.  74071

    k.  74585

    l.  74943

    m.  75299

    n.  75722

    o.  75723

    p.  76430

    q.  75098

    r.  75724

    s.  75096

    t.  75052

    u.  75104

    v.  75105

w.  75194

x.  75728

y.  76432

z.  75218

aa. 75998

bb. 75219

cc. 75306

dd. 75241

ee. 76064

ff.  76063

gg. 76124

hh. 83396

ii.  75312

jj.  75407

kk. 75485

ll.  76450

mm.   75675

nn. 75835

oo. 75899

pp. 76083

qq. 76198

rr.  76245

ss. 76413

tt.   76491

uu. 76493

vv. 76521

ww.    77098

xx. 76693

yy. 76732

zz. 76963

aaa.    77658

bbb.    77135

ccc.    77149

ddd.    77260

eee.    77250

fff. 77288

ggg.    77372

hhh.    77626

iii. 77929

jjj. 77907

kkk.    78257

lll. 77833

mmm. 77869

nnn.    78015

ooo.    78085

ppp.    78412

qqq.   78325

rrr. 78339

sss. 78344

ttt. 78338

uuu.   78285

vvv.   78308

www. 78326

xxx.   78438

yyy.   78679

zzz.   78606

aaaa.   78545

bbbb.   78555

cccc.   78687

dddd.   78654

eeee.   78600

ffff.   78601

gggg.   78685

hhhh.   78800

iiii. 78723

jjjj. 78770

kkkk.   78851

llll. 79535

mmmm.   79021

nnnn.  79091

oooo.  79541

pppp.  79317

qqqq.  79419

5.      For 2018, the following Unusual Occurrence Reports, identified by Report #:

a.   79652

b.   79763

c.   80043

d.   79924

e.   80223

f.   80195

g.   80224

h.   80293

i.   80317

j.   80415

k.   80419

l.   81009

m.  80628

n.   80619

o.   80909

p.   81266

q.   81473

r.   81582

s.  81523

t.  81588

u.  81576

v.  81826

w.  82071

x.  81989

y.  82019

z.  82287

aa. 82286

bb. 82012

cc. 83369

dd. 82416

ee. 82074

ff.  82372

gg. 82407

hh. 82465

ii.  82526

jj.  82633

kk. 82658

ll.  83102

mm.    83258

nn. 83384

oo. 83506

pp. 83710

qq. 83770

rr. 83882

ss. 84024

tt. 84129

uu. 84423

vv. 84479

ww.    84686

xx. 85188

yy. 85268

zz. 85480

aaa.    85345

bbb.    85440

ccc.    86178

ddd.    86055

eee.    86521

fff. 86861

ggg.    86864

hhh.    86887

iii. 87028

jjj. 87098

kkk.    87318

lll. 88370

  mmm. 87776

  nnn. 87812

  ooo. 88143

  ppp. 88463

  qqq. 88476

6. For 2019, the following Unusual Occurrence Reports, identified by Report #

  a. 88864

  b. 88963

  c. 89042

  d. 89220

  e. 89546

  f. 89374

  g. 89786

  h. 89923

  i. 91509

  j. 90639

  k. 90780

  l. 90739

  m. 90770

  n. 91766

  o. 90737

  p. 90736

  q. 90776

r. 90961

s. 90942

t. 91037

u. 91026

v. 91054

w. 91153

x. 91255

y. 91345

z. 91319

aa. 91546

bb. 91642

cc. 91668

dd. 91707

ee. 91998

ff. 92019

gg. 91809

hh. 91906

ii. 92220

jj. 92252

kk. 92224

ll. 92230

mm. 92256

nn. 92406

oo. 92586

pp. 92614

qq. 92733

rr. 92675

ss. 92742

tt. 92959

uu. 93352

vv. 93350

ww.    93055

xx. 93552

yy. 93123

zz. 93164

aaa.    93215

bbb.    94631

ccc.    93567

ddd.    93736

eee.    93770

fff. 93933

ggg.    94178

hhh.    94258

iii. 94399

jjj. 94380

kkk.    94418

lll. 94523

mmm. 94745

nnn.    94896

ooo.    94847

ppp.    95330

qqq.    95634

rrr. 96002

sss. 95791

ttt. 95807

uuu.    96006

vvv.    95968

www.    96038

xxx.    96139

yyy.    96165

zzz.    98308

aaaa.    96224

bbbb.    96260

cccc.    96377

dddd.    98298

eeee.    96574

ffff.    96704

gggg.    96590

hhhh.    96847

      iiii. 97010

      jjjj. 98295

      kkkk.  97915

      llll. 98296

7. For 2020, the following Unusual Occurrence Reports, identified by Report #:

    a.  98843

    b.  98867

    c.  98969

    d.  99490

    e.  98332

    f.  98402

    g.  98434

    h.  98462

    i.  98467

    j.  98496

    k.  98540

    l.  98698

    m.  98699

    n.  98730

    o.  98774

    p.  98810

    q.  98921

    r.  98975

s.  99110

t.  99150

u.  99209

v.  99375

w.  99410

x.  99643

y.  99648

z.  99668

aa.  99714

bb.  99737

cc.  99793

dd.  99822

ee.  99837

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 10th day of March, 2020.

FRANK ZALOGA

Muzi Zhong
Notary Public, State of New York
No. 01ZH5063395
Qualified in New York County
Commission Expires December 21, 20 24