**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE STATE OF NEW YORK and ERIC
GONZALEZ,

                        Plaintiffs,                               19 **CIVIL** 8876 (JSR)

           -against-                                          **JUDGMENT**

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.
                          Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 10, 2020, the Court grants Plaintiffs' motion

for summary judgment with respect to Counts One and Two, and, as a direct result, is obligated

to also grant Plaintiffs' requested injunctive and declaratory relief; Specifically, the Court

declares ICE's policy of courthouse arrests, as now embodied in the Directive, to be illegal, and

hereby enjoins ICE from conducting any civil arrests on the premises or grounds of New York

State Courthouses, as well as such arrests of anyone required to travel to a New York State

courthouse as a party or witness to a lawsuit.


**Dated:** New York, New York
       June 11, 2020



                                 **RUBY J. KRAJICK**
                        _____
                             **Clerk of Court**
**BY:**                                            **Deputy Clerk**