UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
STATE OF NEW YORK and ERIC GONZALEZ, in his
official capacity as the District Attorney of Kings County
(Brooklyn),

                     Plaintiffs,

      v.                                                  19 Civ. 8876 (JSR)

UNITED STATES IMMIGRATION AND CUSTOMS         NOTICE OF APPEAL
ENFORCEMENT; MATTHEW T. ALBENCE, in his official
capacity as Acting Director of United States Immigration and
Customs Enforcement; UNITED STATES DEPARTMENT
OF HOMELAND SECURITY; and CHAD WOLF, in his
official capacity as Acting Secretary of Homeland Security,

                     Defendants.
------------------------------------------------------------------- x

      Notice is hereby given that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on June 11, 2020.

Dated:    New York, New York                Respectfully submitted,
           August 7, 2020

                                               AUDREY STRAUSS
                                               Acting United States Attorney for the
                                               Southern District of New York
                                               Attorney for Defendants

                                By:    */s/ Tomoko Onozawa*
                                               REBECCA R. FRIEDMAN
                                               JEFFREY S. OESTERICHER
                                               TOMOKO ONOZAWA
                                               Assistant United States Attorneys
                                               86 Chambers Street, 3rd Floor
                                               New York, New York 10007
                                               Tel.:   (212) 637-2614/2695/2721
                                               Fax:   (212) 637-2686
                                               Email: rebecca.friedman@usdoj.gov
                                                         jeffrey.oestericher@usdoj.gov
                                                         tomoko.onozawa@usdoj.gov